UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61569-CIV-ZLOCH/SNOW

JOHN A. GROSSO,

    Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court upon Defendant's Second Unopposed Motion for Enlargement of Time (Docket Entry 16), which was referred to United States Magistrate Judge Lurana S. Snow. The Court having read and considered the Motion, and being otherwise fully apprised in the matter, hereby

ORDERED AND ADJUDGED that the motion is GRANTED. The Defendant shall have thirty (30) days, up to and including August 29, 2008, to file his Motion for Summary Judgment and to respond to Plaintiff's Motion for Summary Judgment.

DONE AND ORDERED in Fort Lauderdale, Florida, this 30th day of July 2008.

                                                LURANA S. SNOW
                                                UNITED STATES MAGISTRATE JUDGE

Copies to:    Victor Mantel, Esq.
                 Stefanie C. Moon, AUSA